AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jules M. Singleton | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.:    5:12-cv-917-JMC |
| | ) |
| Officer D. Lee, Inmate Tyrone Grailford | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:. This case is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge. The Court accepts the Report and Recommendations of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:   December 12, 2012                          *CLERK OF COURT*


                                                   s/Debbie Stokes
                                                   Deputy Clerk